*WHEN RECORDED MAIL TO:*

D.Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY INC. | **CASE NUMBER:** |
| PLAINTIFF(S), | CV 8:20-mc-00060 |
| v. | |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  October 12,2020
in favor of   NATIONWIDE JUDGMENT RECOVERY INC.

whose address is  8452 Katella Ave, Stanton CA 90680

and against  RANDALL E. PEAT

whose last known address is  9431 BARBIC LN, SPRING VALLEY  CA 91977

for $ 10,730.03        Principal,  $ 883.11        Interest,  $ 0        Costs,

and $ 0.00        Attorney Fees.

ATTESTED this        12th        day of        February        ,2021

Judgment debtor's driver's license no. and state;_____ (last 4 digits) ☒ Unknown.

Judgment debtor's Social Security number;        5615        (last 4 digits) ☐ Unknown.

☒ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends  _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

RANDALL E. PEAT

9431 BARBIC LN

SPRING VALLEY CA 91977

CLERK, U.S. DISTRICT COURT

By _____

Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER